1  e. robert (bob) wallach (29078)
   Law Offices of e. robert (bob) wallach, P.C.
2  Lawyer-Counselor
   P.O. Box 2670
3  San Francisco, California 94126-2670
   Telephone:    (415) 989-6445
4  Facsimile:    (415) 989-3802
   Email:        erobertbob@sbcglobal.net
5
   JAMES McMANIS (40958)
6  MATTHEW SCHECHTER (212003)
   McMANIS FAULKNER & MORGAN
7  Fairmont Plaza – 10th Floor
   50 West San Fernando Street
8  San Jose, California 95113
   Telephone:    (408) 279-8700
9  Facsimile:    (408) 279-3244
   Email:        jmcmanis@mfmlaw.com
10
   Dennis P. Riordan (69320)
11 RIORDAN & HORGAN
   523 Octavia Street
12 San Francisco, California 94102
   Telephone:    (415) 431-3472
13 Facsimile:    (415) 552-2703
   Email:        dennis@riordan-horgan.com
14
   Attorneys for Defendant,
15 MURDAUGH STUART MADDEN, JR.

16

17              UNITED STATES DISTRICT COURT

18            NORTHERN DISTRICT OF CALIFORNIA

                    SAN JOSE DIVISION
19

20 UNITED STATES OF AMERICA,          | Case No. CR 07-00245 JF
21         Plaintiff,
                                       | **STIPULATION AND [PROPOSED]**
22 vs.                                 | **ORDER TO CONTINUE SENTENCING**
                                       | **HEARING AND DEADLINE FOR**
23 MURDAUGH STUART MADDEN, JR.,        | **SENTENCING MEMORANDA**
24         Defendant.
25
26
27 ///
28 ///

STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING HEARING AND DEADLINE FOR
SENTENCING MEMORANDA; CASE NO. CR 07-00245 JF

1   **IT IS HEREBY STIPULATED** by and between the parties, through their counsel,

2   that the Sentencing Hearing, currently scheduled for Wednesday, January 16, 2008, at 9:00

3   a.m. before the Honorable Jeremy S. Fogel, be continued to April 30, 2008, at 9:00 a.m. The

4   reasons for this Stipulation appear below.

5       1.      The facts and legal issues in this case are complex. It will take additional time for

6   defense counsel to review fully and properly the case, in order to have a complete understanding

7   of the issues involved. Continuing the Sentencing Hearing until April 30, 2008, will give

8   defense counsel the opportunity to do so.

9       2.      Given the necessity for defense counsel to prepare effectively, a continuance of

10  the Sentencing Hearing is warranted.

11      Counsel for defendant conferred with Assistant United States Attorney, David R.

12  Callaway. Mr. Callaway agreed to the continuance. On December 5, 2007, United States

13  Probation Officer Waseem Iqbal also confirmed his availability on the requested date and stated

14  that he did not object to the proposed continuance of the Sentencing Hearing from January 16,

15  2008 to April 30, 2008.

16      Based on the foregoing, it is further requested that, pursuant to Local Rule 32-5(b), the

17  deadline for submission of the parties' Sentencing Memoranda be extended to April 23, 2008.

18  There is no objection to this extension.

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING HEARING AND DEADLINE FOR
SENTENCING MEMORANDA; CASE NO. CR 07-00245 JF

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3.  Pursuant to N.D. Cal. L.R. 32-2(a)(3), I hereby certify that Hilary Anger, a legal assistant in my office, spoke to Teresa Fleishman, Calendar Clerk for the Honorable Jeremy S. Fogel, on December 5, 2007 and confirmed that the requested date is available on the calendar of the Honorable Jeremy S. Fogel.

McMANIS FAULKNER & MORGAN

DATED: 1/3/08

JAMES MCMANIS
Attorneys for Defendant,
MURDAUGH STUART MADDEN

OFFICE OF THE U.S. ATTORNEY

DATED: 1/3/08

DAVID R. CALLAWAY
Attorneys for Plaintiff,
UNITED STATES OF AMERICA

3

STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING HEARING AND DEADLINE FOR SENTENCING MEMORANDA; CASE NO. CR 07-00245 JF

## <u>ORDER</u>

The Court finds that, taking into account the public interest in the prompt disposition of criminal cases, granting the continuance until April 30, 2008 is necessary for the effective preparation of counsel and continuity of counsel. *See* 18 U.S.C. § 3161(h)(8)(B)(iv).

IT IS SO ORDERED that the Sentencing Hearing in this matter, currently set for January 16, 2008, at 9:00 a.m., be continued to April 30, 2008, at 9:00 a.m. before the Honorable Jeremy S. Fogel.

IT IS FURTHER ORDERED that, pursuant to Local Rule 32-5(b), the deadline for submission of the Sentencing Memoranda from the government and the defense is hereby extended; such Memoranda shall be filed with this Court no later than April 23, 2008.

DATED: _1/14/08_____

HON. JEREMY S. FOGEL
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING HEARING AND DEADLINE FOR
SENTENCING MEMORANDA; CASE NO. CR 07-00245 JF