| | |
|---|---|
| 1  | e. robert (bob) wallach (29078) |
|    | Law Offices of e. robert (bob) wallach, P.C. |
| 2  | Lawyer-Counselor |
|    | P.O. Box 2670 |
| 3  | San Francisco, California 94126-2670 |
|    | Telephone: (415) 989-6445 |
| 4  | Facsimile: (415) 989-3802 |
|    | Email: erobertbob@sbcglobal.net |

**RECEIVED**

JAN 20 2009

JAMES McMANIS (40958)
MATTHEW SCHECHTER (212003)
McMANIS FAULKNER & MORGAN
Fairmont Plaza – 10th Floor
50 West San Fernando Street
San Jose, California 95113
Telephone: (408) 279-8700
Facsimile: (408) 279-3244
Email: jmcmanis@mfmlaw.com

**FILED**

JAN 20 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Attorneys for Defendant,
MURDAUGH STUART MADDEN, JR.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 07-00245 JF |
| Plaintiff, | |
| vs. | **THIRD STIPULATION AND [PROPOSED] ORDER PERMITTING TRAVEL BY DEFENDANT** |
| MURDAUGH STUART MADDEN, JR., | |
| Defendant. | |

///
///
///
///
///

---
THIRD STIPULATION AND [PROPOSED] ORDER PERMITTING TRAVEL BY DEFENDANT:
CASE NO. CR 07-00245 JF

1 **IT IS HEREBY STIPULATED** by and between the parties, through their counsel, that defendant, Murdaugh Stuart Madden, Jr., will be permitted to travel outside of the Southern District of New York, the Eastern District of New York, and the District of New Jersey as follows:

    1.    to Boca Raton, Florida and its vicinity from Thursday, January 22, 2009 through Saturday, February 7, 2009, so as to visit with his older son Christopher who is soon to be sent overseas as a member of the United States military, as well as his sister, Dr. Liddell Madden.

McMANIS FAULKNER

Dated: January 16, 2009

//s//
JAMES MCMANIS
MATTHEW SCHECHTER

Attorneys for Defendant,
MURDAUGH STUART MADDEN

OFFICE OF THE U.S. ATTORNEY

Dated: January 16, 2009

/s/
DAVID R. CALLAWAY

Attorneys for Plaintiff,
UNITED STATES OF AMERICA

**ORDER**

The Court finds that, good cause having been demonstrated,

IT IS SO ORDERED that defendant, Murdaugh Stuart Madden, Jr., is allowed to travel as follows:

(1) to Boca Raton, Florida and its vicinity from Thursday, January 22, 2009 through Saturday, February 7, 2009.

DATED: 1/20/09

HON. HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION