e. robert (bob) wallach (29078)
Law Offices of e. robert (bob) wallach, P.C.
Lawyer-Counselor
P.O. Box 2670
San Francisco, California 94126-2670
Telephone:   (415) 989-6445
Facsimile:   (415) 989-3802
Email:       erobertbob@sbcglobal.net

JAMES McMANIS (40958)
JOSHUA VOORHEES (241436)
McMANIS FAULKNER
Fairmont Plaza – 10th Floor
50 West San Fernando Street
San Jose, California 95113
Telephone:   (408) 279-8700
Facsimile:   (408) 279-3244
Email:       jmcmanis@mcmanisfaulkner.com

Attorneys for Defendant,
MURDAUGH STUART MADDEN, JR.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>MURDAUGH STUART MADDEN, JR.,<br><br>      Defendant. | Case No. CR 07-00245 RMW<br><br>**STIPULATION AND [PROPOSED]<br>ORDER SEALING COURT RECORDS** |

///

///

///

///

///

1

STIPULATION AND ORDER SEALING RECORDS;
CASE NO. CR 07-00245 RMW

1   Pursuant to the Honorable Jeremy Fogel's minute order, dated January 14, 2009, the
2   parties hereby agree that the portion of the Court's record identified below be sealed before the
3   file is transferred to the Honorable Ronald M. Whyte.
4   IT IS STIPULATED THAT the following documents be sealed:
5   1.  Documents 51: Madden's Notice of Motion and Administrative Motion To File
6   The Confidential Declaration Of D. Joshua Voorhees In Support of Madden's Motion to
7   Withdraw His Plea Under Seal;
8   2.  Document 52: Declaration of D. Joshua Voorhees in Support of Madden's
9   Administrative Motion to File Documents Under Seal;
10  3.  Document 53: [Proposed] Order Granting Madden's Administrative Motion to
11  File Documents Under Seal;
12  4.  Document 54: Madden's Third Supplemental Brief in Support of His Motion to
13  Withdraw Plea and Amended Motion to Withdraw Plea;
14  5.  Document 55: Government's Supplemental Submission Re: (1) Whether
15  Information in the Presentence Report Bears on Madden's Motion to Withdraw His Guilty
16  Plea, and (2) Whether Dr. Dusay's Notes are Relevant to that Inquiry;
17  6.  Document 56: Letter from e. robert (bob) wallach to Judge Fogel dated
18  December 12, 2008;
19  7.  Document 58: Letter from David Callaway to Judge Fogel dated December 15,
20  2008;
21  8.  Document 59: Order Granting Madden's Administrative Motion to File
22  Documents Under Seal;
23  9.  Document 60: Stuart Madden's Objection; Motion to Strike Letter Brief;
24  Motion for Recusal;
25  10. Document 61: Transcript of Proceedings on December 10, 2008;
26  11. Document 66: Letter from e. robert (bob) wallach to Judge Fogel dated January
27  5, 2009;
28  12. Document 67: Letter from David Callaway to Judge Fogel dated January 8,

1  2009;

2          13.    Document 71:  Transcript of Proceedings on January 14, 2009.

3          The sealed documents shall be removed from the Court's file before it is transferred to
4  the Honorable Ronald M. Whyte, placed under seal in a separate file, and not made public to
5  any person or party without a formal Order of this Court after duly noticed Motion and
6  Hearing.

                                                    McMANIS FAULKNER

Dated: March 2, 2009                                _____//s//_____
                                                    JOSHUA VOORHEES

                                                    Attorneys for Defendant,
                                                    MURDAUGH STUART MADDEN


                                                    OFFICE OF THE U.S. ATTORNEY

Dated: March 2, 2009                                _____//s//_____
                                                    DAVID R. CALLAWAY

                                                    Attorneys for Plaintiff,
                                                    UNITED STATES OF AMERICA

# ORDER

The following documents shall be sealed.

1. Documents 51: Madden's Notice of Motion and Administrative Motion To File The Confidential Declaration Of D. Joshua Voorhees In Support of Madden's Motion to Withdraw His Plea Under Seal;

2. Document 52: Declaration of D. Joshua Voorhees in Support of Madden's Administrative Motion to File Documents Under Seal;

3. Document 53: [Proposed] Order Granting Madden's Administrative Motion to File Documents Under Seal;

4. Document 54: Madden's Third Supplemental Brief in Support of His Motion to Withdraw Plea and Amended Motion to Withdraw Plea;

5. Document 55: Government's Supplemental Submission Re: (1) Whether Information in the Presentence Report Bears on Madden's Motion to Withdraw His Guilty Plea, and (2) Whether Dr. Dusay's Notes are Relevant to that Inquiry;

6. Document 56: Letter from e. robert (bob) wallach to Judge Fogel dated December 12, 2008;

7. Document 58: Letter from David Callaway to Judge Fogel dated December 15, 2008;

8. Document 59: Order Granting Madden's Administrative Motion to File Documents Under Seal;

9. Document 60: Stuart Madden's Objection; Motion to Strike Letter Brief; Motion for Recusal;

10. Document 61: Transcript of Proceedings on December 10, 2008;

11. Document 66: Letter from e. robert (bob) wallach to Judge Fogel dated January 5, 2009;

12. Document 67: Letter from David Callaway to Judge Fogel dated January 8, 2009;

13. Document 71: Transcript of Proceedings on January 14, 2009.

1
2       The sealed documents and records shall be removed from the Court's file before it is
3  transferred to the Honorable Ronald M. Whyte, placed under seal in a separate file, and not
4  made public to any person or party without a formal Order of this Court after duly noticed
5  Motion and Hearing.
6
7  IT IS SO ORDERED.
8
9  DATED:  3/4/09                          _____
                                            THE HON. JEREMY FOGEL
10                                          UNITED STATES DISTRICT JUDGE