1  e. robert (bob) wallach (29078)
   Law Offices of e. robert (bob) wallach, P.C.
2  Lawyer-Counselor
   P.O. Box 2670
3  San Francisco, California 94126-2670
   Telephone:    (415) 989-6445
4  Facsimile:    (415) 989-3802
   Email:        erobertbob@sbcglobal.net
5
   JAMES McMANIS (40958)
6  JOSHUA VOORHEES (241436)
   McMANIS FAULKNER
7  Fairmont Plaza – 10th Floor
   50 West San Fernando Street
8  San Jose, California 95113
   Telephone:    (408) 279-8700
9  Facsimile:    (408) 279-3244
   Email:        jmcmanis@mcmanisfaulkner.com
10

11 Attorneys for Defendant,
   MURDAUGH STUART MADDEN, JR.
12

13                  UNITED STATES DISTRICT COURT

14                  NORTHERN DISTRICT OF CALIFORNIA

15                         SAN JOSE DIVISION

16
   UNITED STATES OF AMERICA,          | Case No. CR 07-00245 RMW
17                                    |
         Plaintiff,                   | **STIPULATION AND [PROPOSED]**
18                                    | **ORDER SEALING PROBATION**
   vs.                                | **RECORDS**
19                                    |
   MURDAUGH STUART MADDEN, JR.,       |
20                                    |
         Defendant.                   |
21
22
23
24  ///
25  ///
26  ///
27  ///
28  ///

                                    1

Pursuant to the Honorable Jeremy Fogel's minute order, dated January 14, 2009, the parties hereby STIPULATE THAT:

1. The Honorable Jeremy Fogel shall remove from his files, or any other file within the Court, all documents received by the Court from the Northern District of California Probation Office related to the above-captioned matter, including but not limited to: the single-page Memorandum, dated September 11, 2007, from Mr. Iqbal to the Honorable Jeremy Fogel, the eighteen-page Presentence Investigation Report prepared on August 22, 2007, the four-page Addendum to The Presentence Report, and the six-page Sentencing Recommendation (collectively, as described in the record, the "The Presentence Report" or "PSR"), as well as any other documents received by the Court from the probation office, including letters of support and the Probation Chronological Record Report From 06/01/2006 To 06/30/2008.

2. The Honorable Jeremy Fogel shall return the above-noted documents to the Probation Office, with instructions that the Probation Chronological Record Report be sealed by the Probation Office in a separate file, not to be made public to any person or party without a formal Order of this Court after duly noticed Motion and Hearing.

3. The Honorable Jeremy Fogel shall instruct the Probation Office not to return any of the above-noted probation documents to the Court without a formal Order of this Court after duly noticed Motion and Hearing.

McMANIS FAULKNER

Dated: March 2, 2009

_____//s//_____
JOSHUA VOORHEES

Attorneys for Defendant,
MURDAUGH STUART MADDEN

OFFICE OF THE U.S. ATTORNEY

Dated: March 2, 2009

_____//s//_____
DAVID R. CALLAWAY

Attorneys for Plaintiff,
UNITED STATES OF AMERICA

**ORDER**

1. The Honorable Jeremy Fogel shall remove from his files, or any other file within the Court, all documents received by the Court from the Northern District of California Probation Office related to the above-captioned matter, including but not limited to: the single-page Memorandum, dated September 11, 2007, from Mr. Iqbal to the Honorable Jeremy Fogel, the eighteen-page Presentence Investigation Report prepared on August 22, 2007, the four-page Addendum to The Presentence Report, and the six-page Sentencing Recommendation (collectively, as described in the record, the "The Presentence Report" or "PSR"), as well as any other documents received by the Court from the probation office, including letters of support and the Probation Chronological Record Report From 06/01/2006 To 06/30/2008.

2. The Honorable Jeremy Fogel shall return the above-noted documents to the Probation Office, with instructions that the Probation Chronological Record Report be sealed by the Probation Office in a separate file, not to be made public to any person or party without a formal Order of this Court after duly noticed Motion and Hearing.

3. The Honorable Jeremy Fogel shall instruct the Probation Office not to return any of the above-noted probation documents to the Court without a formal Order of this Court after duly noticed Motion and Hearing.

IT IS SO ORDERED.

DATED: 3/11/09

THE HON. JEREMY FOGEL
UNITED STATES DISTRICT JUDGE