1  e. robert (bob) wallach (29078)
   Law Offices of e. robert (bob) wallach, P.C.
2  Lawyer-Counselor
   P.O. Box 2670
3  San Francisco, California 94126-2670
   Telephone:  (415) 989-6445
4  Facsimile:  (415) 989-3802
   Email:      erobertbob@sbcglobal.net
5
   JAMES McMANIS (40958)
6  JOSHUA VOORHEES (241436)
   McMANIS FAULKNER
7  Fairmont Plaza – 10th Floor
   50 West San Fernando Street
8  San Jose, California 95113
   Telephone:  (408) 279-8700
9  Facsimile:  (408) 279-3244
   Email:      jmcmanis@mcmanisfaulkner.com
10

11 Attorneys for Defendant,
   MURDAUGH STUART MADDEN, JR.
12

**FILED**

MAR 30 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | Case No. CR 07-00245 RMW |
|---|---|
| Plaintiff, | **FOURTH STIPULATION AND [PROPOSED] ORDER PERMITTING TRAVEL BY DEFENDANT** |
| vs. | |
| MURDAUGH STUART MADDEN, JR., | |
| Defendant. | |

///
///
///
///
///

1  **IT IS HEREBY STIPULATED** by and between the parties, through their counsel,
2  that defendant, Murdaugh Stuart Madden, Jr., will be permitted to travel outside of the
3  Southern District of New York, the Eastern District of New York, and the District of New
4  Jersey as follows:
5      1.    to Boca Raton, Florida and its vicinity from Saturday, April 11, 2009, through
6  Friday, April 17, 2009, so as to visit with his older son Christopher with his younger son
7  Michael.

McMANIS FAULKNER

Dated: March 26, 2009                                   //s//
                                                    JOSHUA VOORHEES

                                                    Attorneys for Defendant,
                                                    MURDAUGH STUART MADDEN


OFFICE OF THE U.S. ATTORNEY

Dated: March 26, 2009                                   //s//
                                                    DAVID R. CALLAWAY

                                                    Attorneys for Plaintiff,
                                                    UNITED STATES OF AMERICA

**<u>ORDER</u>**

The Court finds that, good cause having been demonstrated,

IT IS SO ORDERED that defendant, Murdaugh Stuart Madden, Jr., is allowed to travel as follows:

(1) to Boca Raton, Florida and its vicinity from Saturday, April 11, 2009, through Friday, April 17, 2009.

DATED: 3/30/09

HON. HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION