1  e. robert (bob) wallach (29078)
   Law Offices of e. robert (bob) wallach, P.C.
2  Lawyer-Counselor
   P.O. Box 2670
3  San Francisco, California 94126-2670
   Telephone:   (415) 989-6445
4  Facsimile:    (415) 989-3802
   Email:        erobertbob@sbcglobal.net
5
   JAMES McMANIS (40958)
6  JOSHUA VOORHEES (241436)
   McMANIS FAULKNER
7  Fairmont Plaza – 10th Floor
   50 West San Fernando Street
8  San Jose, California 95113
   Telephone:   (408) 279-8700
9  Facsimile:    (408) 279-3244
   Email:        jmcmanis@mcmanisfaulkner.com
10

11 Attorneys for Defendant,
   MURDAUGH STUART MADDEN, JR.
12

**FILED**

MAY − 4 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

13             UNITED STATES DISTRICT COURT

14             NORTHERN DISTRICT OF CALIFORNIA

15                   SAN JOSE DIVISION

16
   UNITED STATES OF AMERICA,          Case No. CR 07-00245 RMW
17
          Plaintiff,
                                       **FIFTH STIPULATION AND
18                                     [PROPOSED] ORDER PERMITTING
   vs.                                 TRAVEL BY DEFENDANT**
19
   MURDAUGH STUART MADDEN, JR.,
20
          Defendant.
21

22

23
   ///
24
   ///
25
   ///
26
   ///
27
   ///
28

---
FIFTH STIPULATION AND [PROPOSED] ORDER PERMITTING TRAVEL BY DEFENDANT:
CASE NO. CR 07-00245 RMW

1

**IT IS HEREBY STIPULATED** by and between the parties, through their counsel, that defendant, Murdaugh Stuart Madden, Jr., will be permitted to travel outside of the Southern District of New York, the Eastern District of New York, and the District of New Jersey as follows:

1. to Boca Raton, Florida and its vicinity from Tuesday, May 5 through Sunday, May 17, 2009, so as to visit with his sister; and

2. to Washington, D.C. and its vicinity from Tuesday, May 19 though Wednesday, May 20, 2009, so as to attend the American Law Institute Annual Meeting.

McMANIS FAULKNER

Dated: April 30, 2009
_____//s//_____
JOSHUA VOORHEES

Attorneys for Defendant,
MURDAUGH STUART MADDEN

OFFICE OF THE U.S. ATTORNEY

Dated: April 30, 2009
_____//s//_____
DAVID R. CALLAWAY

Attorneys for Plaintiff,
UNITED STATES OF AMERICA

## ORDER

The Court finds that, good cause having been demonstrated,

IT IS SO ORDERED that defendant, Murdaugh Stuart Madden, Jr., is allowed to travel as follows:

1. to Boca Raton, Florida and its vicinity from Tuesday, May 5 through Sunday, May 17, 2009, so as to visit with his sister; and

2. to Washington, D.C. and its vicinity from Tuesday, May 19 though Wednesday, May 20, 2009, so as to attend the American Law Institute Annual Meeting.

DATED: 5/4/09

HON. HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION