JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

DAVID R. CALLAWAY (CASBN 121782)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5596
   Facsimile: (408) 535-5066
   E-Mail: david.callaway@usdoj.gov

**E-FILED - 7/16/09**

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-00245 RMW |
| Plaintiff, ) | JOINT REQUEST TO PLACE MATTER ON FOR SENTENCING; ORDER [] |
| v. ) | |
| MURDAUGH STUART MADDEN, JR., ) | Date: August 31, 2009<br>Time: 9:00 a.m. |
| Defendant. ) | Before The Honorable Ronald M. Whyte |

     The parties jointly request the Court to put this case on for sentencing on August 31, 2009, at 9:00 a.m. That date is *not* within forty-five days of May 20, 2009, as the Court directed in its ruling denying the defendant's motion to withdraw his guilty plea.[1] The parties apologize and request the Court's indulgence in setting a later date.

     The initial reason for the delay in setting a sentencing date was the government's belief that the defendant wished to have a new Presentence Report (PSR), prepared by a different United States Probation Officer, prior to sentencing. That understanding was incorrect.

---

[1] The latest date for sentencing consistent with the Court's deadline would have been July 6, 2009.

**Joint Request to Schedule Date for Sentencing**
**CR 07-00245 RMW**

1    The additional delay is based the attorneys' schedules. After comparing calendars,
2 including vacation plans that did not coincide,² counsel determined that the first date that would
3 accommodate both their schedules, while allowing sufficient time to prepare sentencing
4 memoranda, was the date they are requesting, August 31st. That date is also acceptable to United
5 States Probation Officer Lori Timmons, who is now handling the case.
6    Accordingly, the parties respectfully request that sentencing occur on **August 31, 2009**, at
7 9:00 a.m., before The Honorable Ronald M. Whyte. The government is not requesting an earlier
8 date for its motion to remand the defendant, and will defer that motion until sentencing.
9    SO STIPULATED:
10 DATED:                                JOSEPH P. RUSSONIELLO
                                         United States Attorney

                                         / s /
                                         _____
                                         DAVID R. CALLAWAY
                                         Assistant United States Attorney
                                         Counsel for United States

15 DATED:                                / s /
                                         _____
                                         e. robert (bob) wallach
                                         Counsel for Defendant

## ORDER

19    For the reasons set forth above, and good cause appearing,
20    IT IS HEREBY ORDERED that the sentencing in the captioned matter shall occur on
21 August 31, 2009, at 9:00 a.m. The parties shall file their sentencing memoranda by August 24,
22 2009.

 Date: 7/16/09                           *Ronald M. Whyte*
                                         RONALD M. WHYTE
                                         United States District Judge

---

28    ²Counsel get along well, but have not yet reached the point of taking their family vacations together.

**Joint Request to Schedule Date for Sentencing**
**CR 07-00245 RMW**                    2