e. robert (bob) wallach (29078)
Law Offices of e. robert (bob) wallach, P.C.
Lawyer-Counselor
P.O. Box 2670
San Francisco, California 94126-2670
Telephone:    (415) 989-6445
Facsimile:    (415) 989-3802
Email:        erobertbob@sbcglobal.net

JAMES McMANIS (40958)
JOSHUA VOORHEES (241436)
McMANIS FAULKNER
Fairmont Plaza – 10th Floor
50 West San Fernando Street
San Jose, California 95113
Telephone:    (408) 279-8700
Facsimile:    (408) 279-3244
Email:        jmcmanis@mcmanisfaulkner.com         *E-FILED - 8/28/09*

Attorneys for Defendant,
MURDAUGH STUART MADDEN, JR.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MURDAUGH STUART MADDEN, JR.,<br><br>    Defendant. | Case No. CR 07-00245 RMW<br><br>**STIPULATION AND [==========<br>ORDER TO CONTINUE SENTENCING<br>HEARING; DEADLINE FOR<br>SENTENCING MEMORANDUM; AND<br>DEADLINE FOR DEFENDANT'S<br>MOTION TO WITHDRAW PLEA** |

///

///

///

///

///

1
STIP. AND ORDER TO CONTINUE SENTENCING HEARING; DEADLINE FOR SENTENCING
MEMORANDUM; AND DEADLINE FOR MOTION TO WITHDRAW PLEA; CASE NO. CR 07-00245 RMW

**IT IS HEREBY STIPULATED** by and between the parties, through their counsel, as follows:

1. The Sentencing Hearing, currently scheduled for Monday, August 31, 2009, at 9:00 a.m. before the Honorable Ronald M. Whyte, be continued to September 14, 2009, at 9:00 a.m.;

2. The deadline for submission of the parties' Sentencing Memoranda be extended to September 8, 2009;

3. The deadline for defendant, MURDAUGH STUART MADDEN, JR., to file his Motion to Withdraw Plea shall be August 31, 2009;

4. The deadline for Plaintiff, UNITED STATES OF AMERICA, to file its response to defendant's Motion to Withdraw Plea shall be September 8, 2009;

5. The hearing on defendant's Motion to Withdraw Plea shall be before the Honorable Ronald M. Whyte, on September 14, 2009, at 9:00 a.m.

Respectfully submitted.

McMANIS FAULKNER

DATED: August 26, 2009                    //s//
                                          JOSHUA VOORHEES

                                          Attorneys for Defendant,
                                          MURDAUGH STUART MADDEN


OFFICE OF THE U.S. ATTORNEY

DATED: August 26, 2009                    //s//
                                          DAVID R. CALLAWAY

                                          Attorneys for Plaintiff,
                                          UNITED STATES OF AMERICA

2
STIP. AND ORDER TO CONTINUE SENTENCING HEARING; DEADLINE FOR SENTENCING MEMORANDUM; AND DEADLINE FOR MOTION TO WITHDRAW PLEA; CASE NO. CR 07-00245 RMW

# ORDER

IT IS SO ORDERED that:

1. The Sentencing Hearing, currently scheduled for Monday, August 31, 2009, at 9:00 a.m. before the Honorable Ronald M. Whyte, be continued to September 14, 2009, at 9:00 a.m.;

2. The deadline for submission of the parties' Sentencing Memoranda be extended to September 8, 2009;

3. The deadline for defendant, MURDAUGH STUART MADDEN, JR., to file his Motion to Withdraw Plea shall be August 31, 2009;

4. The deadline for Plaintiff, UNITED STATES OF AMERICA, to file its response to defendant's Motion to Withdraw Plea shall be September 8, 2009;

5. The hearing on defendant's Motion to Withdraw Plea shall be before the Honorable Ronald M. Whyte, on September 14, 2009, at 9:00 a.m.

DATED: 8/28/09

_____
HON. RONALD M. WHYTE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION